Scott S. Thomas, NV Bar No. 7937
sst@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for CENTEX HOMES

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>v.<br><br>GREENWICH INSURANCE COMPANY, a Connecticut corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>Defendants. | Case No.: 3:21-cv-00438-MMD-CLB<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT LEXINGTON INSURANCE COMPANY, INC. WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Centex Homes ("Plaintiff") and Defendant Lexington Insurance Company, Inc. ("Defendant"), through their respective attorneys

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Case No.: 3:21-cv-00438-MMD-CLB

of record, that Plaintiff's Complaint filed against Defendant shall be dismissed with prejudice pursuant to FRCP 41(a)(2). Each party shall bear their own attorneys' fees and costs.

Dated: September 13, 2022

PAYNE & FEARS LLP

By: ___/s/ Sarah J. Odia___
    Scott S. Thomas, Esq.
    Nevada Bar No. 7937
    Sarah J. Odia, Esq.
    Nevada Bar No. 11053
    6385 S. Rainbow Blvd., Suite 220
    Las Vegas, Nevada 89118
    *Attorneys for Plaintiff*

Dated: October 4, 2022

HEROLD & SAGER

By: ___/s/ Andrew D. Herold___
    Andrew D. Herold, Esq.
    Nevada Bar No. 7378
    3960 Howard Hughes Parkway, Suite 500
    Las Vegas, Nevada 89169
    *Attorneys for Defendant Lexington Insurance Company*

## ORDER

IT IS SO ORDERED that Plaintiff's claims against Defendant Lexington Insurance Company, Inc. in the instant matter, Case No. 3:21-cv-00438-MMD-CLB, are dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

DATED: __October 4, 2022__

UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October, 2022, a true and correct copy of **STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT LEXINGTON INSURANCE COMPANY, INC. WITH PREJUDICE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Jennifer Stephens*
Jennifer Stephens, an Employee of
PAYNE & FEARS LLP

4860-3097-8099.1