**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>v.<br><br>GREENWICH INSURANCE COMPANY, a Connecticut corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>Defendants. | Case No.: 3:21-cv-00438-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO DISMISS DEFENDANT AXIS SURPLUS INSURANCE COMPANY WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Centex Homes ("Plaintiff") and Defendant Axis Surplus Insurance Company, Inc. ("Defendant"), through their respective

///

///

///

///

///

///

///

Case No.: 3:21-cv-00438-MMD-CLB

attorneys of record, that Plaintiff's Complaint filed against Defendant shall be dismissed with prejudice pursuant to FRCP 41(a)(2). Each party shall bear their own attorneys' fees and costs.

Dated: November 10, 2022

PAYNE & FEARS LLP

By: /s/ Sarah J. Odia
Scott S. Thomas, Esq.
Nevada Bar No. 7937
Sarah J. Odia, Esq.
Nevada Bar No. 11053
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
*Attorneys for Plaintiff*

Dated: November 17, 2022

COZEN O'CONNOR

By: /s/ Michael W. Melendez
Michael W. Melendez, Esq.
Rebekah R. Shapiro, Esq.
101 Montgomery Street, Suite 1400
San Francisco, CA 94104
*Attorneys for Defendant Axis Surplus Insurance Company*

## ORDER

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant Axis Surplus Insurance Company in the instant matter, Case No. 3:21-cv-00438-MMD-CLB, are dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

DATED THIS 21st Day of November 2022.

_____
MIRANDA M. DU
UNITED STATES DISTRICT COURT JUDGE